# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00957-CMA-MEH

ESTATE OF CLINT LONG, by and through its personal representative GAGE LONG, and GAGE LONG,

    Plaintiffs,

v.

NATCORE HEALTHCARE INDUSTRIES, INC.,
DANIEL VAUGHT,
SHERIFF ALLEN COOPER, in his official and individual capacities,
THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF FREMONT,
ADAM BEATY,
DEREK IRVINE,
CARRIE HAMMEL, and
KAITLYNN ALCORN.

    Defendants.

---

## NOTICE OF SETTLEMENT

---

Plaintiffs, by and through counsel, Aurora Randolph of ALR CIVIL RIGHTS and Zachary Warren and Annika Adams of HIGHLANDS LAW FIRM, hereby notify the Court that the Plaintiffs have resolved all remaining claims against Natcore Healthcare Industries, Inc ("Natcore"). The Plaintiffs intend to dismiss Defendants Daniel Vaught, Adam Beaty, and Kaitlynn Alcorn by separate stipulation. The Plaintiffs and Natcore anticipate that they will finalize all settlement documents on or before July 22, 2022, at which time they will submit dismissal papers.

Dated this 27th day of June, 2022.

                            [SIGNATURES ON NEXT PAGE]

Highlands Law Firm

/s/ Zachary D. Warren
Zachary D. Warren
Annika K. Adams
501 S. Cherry St., 11th Floor
Denver, Colorado 80246
(720) 722-3880 (p)
(720) 815-3380 (f)
zwarren@highlandslawfirm.com
aadams@highlandslawfirm.com

ALR Civil Rights LLC
/s/ Aurora L. Randolph
Aurora L. Randolph
9888 W. Belleview Ave., Suite 2129
Denver, CO 80123
(303) 968-1703 (p)
aurora@alrcivilrights.com

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**William T. O'Connell**
**Chelsie L. Smith**
Wells, Anderson & Race LLC
1700 Broadway, Suite 1020
Denver, CO 80290
(303) 830-1212
WOConnell@warllc.com
CSmith@warllc.com

*Attorneys for Defendants Board of County Commissioners for the County Of Fremont, Sheriff Allen Cooper, Derek Irvine, and Carrie Hammel*

**Julie Warren**
**Anthony (Tony) Moore**
Childs McCune
821 17th Street, Suite 500
Denver, CO 80202
(303) 296-7300
jwarren@childsmccune.com
tmoore@childsmccune.com
*Attorneys for Defendants NatCore Healthcare Industries, Inc., Daniel Vaught, Adam Beaty, and Kaitlynn Alcorn*

*s/ Zachary D. Warren*
Zachary Warren

*Counsel for Plaintiffs*
